# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DIANE BITEL,

        Plaintiff,

                      Case No. 17-10557

-vs-

                      Hon. Stephen J. Murphy, III

THE HARTFORD,

        Defendant.

_____/

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S STATEMENT OF NO PROCEDURAL CHALLENGE IN ERISA CASE

Defendant Hartford Life and Accident Insurance Company ("Hartford"), incorrectly named as The Hartford, by its attorneys, Pepper Hamilton LLP, will not be issuing a procedural challenge in this ERISA case.

-2-

        Respectfully submitted,

        *s/ James D. VandeWyngearde*
        JAMES D. VANDEWYNGEARDE (P58634)
        PEPPER HAMILTON LLP
        4000 Town Center, Suite 1800
        Southfield, MI  48075
        248.359.7387
        *vandewyj@pepperlaw.com*

        BRIAN P. DOWNEY
        PEPPER HAMILTON LLP
        100 Market Street, Suite 200
        Harrisburg, PA  17108-1181
        717.255.1155
        *downeyb@pepperlaw.com*

Dated:  June 16, 2017        *Attorneys for Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE BITEL,

        Plaintiff,

        Case No. 17-10557

-vs-

        Hon. Stephen J. Murphy, III

THE HARTFORD,

        Defendant.

_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2017, a copy of the foregoing Defendant Hartford Life and Accident Insurance Company's Statement of No Procedural Challenge in ERISA Case and this Certificate of Service were filed electronically with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

                                            *s/ James D. VandeWyngearde*
                                            JAMES D. VANDEWYNGEARDE (P58634)

#44382522 v1 (111154.580)