# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DIANE BITEL,

        Plaintiff,

                                      Case No. 17-10557

-vs-

                                      Hon. Stephen J. Murphy, III

THE HARTFORD,

        Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the parties' Stipulation as set forth below, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned lawsuit and all claims and causes of action therein are dismissed with prejudice and without costs or attorneys' fees.

SO ORDERED.

                                                      s/Stephen J. Murphy, III
                                                      STEPHEN J. MURPHY, III
                                                      United States District Court Judge

Dated: July 11, 2017

**We hereby stipulate to the entry of the above Order:**

/s/ Mark A. Aiello (w/consent)
MARK A. AIELLO (P54870)
J. TIMOTHY ESPER & ASSOCIATES
3031 West Grand Blvd
New Center One, Suite 440
Detroit, MI  48202
313.964.4900

Attorneys for Plaintiff

Dated:  July 10, 2017

/s/ James D. VandeWyngearde
JAMES VANDEWYNGEARDE (P58634)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
248.359.7300  -  Telephone
248.359.7700  -  Fax
*vandewyj@pepperlaw.com*

BRIAN P. DOWNEY
PEPPER HAMILTON LLP
100 Market Street, Suite 200
Harrisburg, PA  17108-1181
717.255.1155
*downeyb@pepperlaw.com*

Attorneys for Defendant

Dated:  July 10, 2017